# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

_Tatum_
Name of Plaintiff/Petitioner

v.

_Oberg et al_
Name of Defendant/Respondent

Case No. 3:08CV1251 JCH

## MOTION FOR APPOINTMENT OF COUNSEL

PERSONAL/FINANCIAL DATA

1. Your full name: _Gary L. Tatum_

   Your present mailing address: _PO Box 3000-70_
   _Georgetown TX 78627_

   Telephone number: _(512) 879-6522_

2. Are you presently employed? YES ✓ NO ___

3. If your answer to #2 is YES, please provide the name and address of your employer and the amount of your usual weekly earnings. _Harte-Hanks,_
   _2800 Wells Branch Pkwy, Austin TX 78728_

   Weekly earnings: _$470 gross / $389 net_

4. If you are not presently employed, please provide the name and address of your last

Rev. 2/3/05

employer, the date (approximate) that you last worked, and the amount of weekly earnings you were receiving. _____

_____ n/a _____

Date last worked: _____

Weekly earnings: _____

5. Approximately how much money have you received in the past twelve months in the form of:
   a) salary, wages, commissions, or earned income of any kind? 25,160

   b) interest, dividends, rents or investments of any kind? -0-

   c) gifts or inheritances of any kind? ~ $80

6. How much money do you have in any checking or savings account(s)?

   Checking: 126

   Savings: -0-

   Prison account: n/a

7. Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding household items and clothing)? YES ✓  NO ____

   If YES, describe the property and state the approximate value: _____

   1999 Chev van est value $3500

8. How much money do you owe others? approximately $134,000

For each debt, state the name of the creditor and the amount owed:
CREDITOR                                              AMOUNT OWED

| | |
|---|---|
| IRS | 11,625 |
| Chase/Bank One | 17,361 |
| MBNA | 59,760 |
| Bank of America (now Northland Group) | 15,608 |
| Discover Card | 15,521 |
| Target | 9901 |
| Scott & White / Georgetown Healthcare | 267 / 75 |
| Northeast Utilities / SBC Conn. | 423 / 149 |
| Charter Comm. / Sprint PCS | 130 / 125 |
| Town of Woodstock / A&A Storage | 44 / 2535 |

9. List the persons who depend upon you for support, and state your relationship to them. **IF ANY PERSON IS A MINOR CHILD, IDENTIFY THAT PERSON BY INITIALS ONLY.**

   self only at present

10. Are there any persons regularly residing in your household who are over the age of 18 and who are presently employed?  YES ___  NO ✓

    If the answer is YES, please provide the following information for each such person:

    Name: n/a

    Relationship: _____

    Employer: _____

    Weekly Earnings: _____

11. Include any other information which supports your claim that you cannot financially afford to employ an attorney.

    Currently Non Collectible status with IRS. Bank rejected loan application using van as collateral on 11/6/07. Friends & relatives not able to loan thousands for legal expenses.

NATURE OF YOUR CLAIM

12. Describe in your own words the nature of the claim which you are presenting to the court in your complaint/petition. The attorneys on both sides of my divorce repeatedly concealed evidence of my ex-spouse's greater incomes in 2002

(Additional space on next page)
& 2003. They believed courts want the higher-income parent to pay child support, to maximize federal CSPIA payments to the state. They also selected a psychologist willing to conceal material negative information about my ex-spouse from his evaluation in order to recommend her as primary custodian.

EFFORTS TO OBTAIN AN ATTORNEY
The Court strongly suggests that you contact a minimum of three attorneys.

13. Have you spoken with any attorney about handling your case? YES ✓ NO __

14. If your answer to #13 is YES, please provide the following information about each attorney with whom you spoke:

a) Attorney's name __Ron Murphy__

Date you contacted this attorney __2-26-08__

Method of contact (in person, by telephone, etc.) __email__

Reason why attorney was not employed to handle your case __Not interested in any divorce-related case.__

b) Attorney's name __Jeffrey Trachtman__

Date you contacted this attorney __7-22-08__

Method of contact (in person, by telephone, etc.) __phone__

Rev. 2/3/05                                                                                      Page 4

Reason why attorney was not employed to handle your case _He just said they could not help me._

c) Attorney's name _Stewart Gagnon_

Date you contacted this attorney _7-22-08_

Method of contact (in person, by telephone, etc.) _email_

Reason why attorney was not employed to handle your case _He stated only that their New York office could not handle the case._

15. Explain any other efforts you have made to obtain an attorney to handle your case.

_Paid $300 deposit to Austin attorney Demetrius Davis to draft the complaint, but he did no work & would not return the deposit. Posted case on legalmatch.com, only response had a conflict. Attached is a partial list of attorneys contacted, but none interested on either pro bono or contingency basis._

16. Please provide any other information which supports your application for the court to appoint counsel. _Adequate discovery will be nearly impossible from TX, & defendants are experienced attorneys charged with abuse of discovery. Case is complex, involving privileged materials, absolute immunity & a Constitutional challenge. Significant government interest is involved, if state policies unfairly encourage denial of civil rights as a means to obtain federal funds they could not otherwise receive. I am unsure if expert testimony is required or recommended._

17. Do you need a lawyer who speaks a language other than English? YES ___ NO _✓_

If you answered YES, what language do you speak? _____

I declare under the penalties of perjury that my answers to the foregoing questions are true to the best of my knowledge.

I understand that if I am assigned a lawyer and my lawyer learns, either from myself, or elsewhere, that I can afford a lawyer, the lawyer may give this in formation to the court.  See Local Rule 83.10(b)(4) and (g).

I understand that if my answers on my application to proceed in forma pauperis and/or on this application for appointment of counsel are false, my case may be dismissed.  See 28 U.S.C. §1915(e).

I hereby waive my privilege of attorney-client confidentiality to the extent necessary for my appointed attorney to make an application to be relieved from appointment as provided in Local Rules 83.10(c) and (d).

I understand that filing this motion does not excuse me from litigating my case, and that it is still my responsibility to have the defendants served with process in accordance with Rule 4 of the Federal Rules of Civil Procedure, if I have not already done so.  I also understand that filing this motion does not stay this case and does not excuse me from responding to any motion filed by the defendants.

| 8-13-08 | _Larry C. Tatum_ (signature) |
|---|---|
| Date | Original Signature of Movant |

PO Box 3000-70

Georgetown TX 78627

Printed Name and Address of Movant

If this motion is being filed AFTER the complaint has been served, the opposing party needs to be served with a copy of this motion and a certificate of service needs to be completed.

I hereby certify that a copy of the foregoing motion was mailed to:

Rev. 2/3/05                                          6

(List all defendants or counsel for defendants with address and date mailed.)

_____

_____

_____

_____

_____

_____


_____
Original Signature of Movant

| Contact Date | contact method | phone or email | Attorney name | Law firm name | Location | Result |
|---|---|---|---|---|---|---|
| 2/5/2008 | legalmatch.com | n/a | Anthony DeCrosta | self | | Appeared to have conflict with defendant |
| 2/26/2008 | email | murphy@advocateslawfirm.com | Ron Murphy | Advocates Law Firm | New Britain CT | not interested in any divorce-related case |
| 5/8/2008 | email | garygreenberg@verizon.net | Gary Greenberg | self | New York NY | rec'd email declining representation |
| 7/6/2008 | phone | 212-554-1400 | n/a | Bernstein, Litowitx, Berger & Grossman LLP | New York NY | Asked if practiced in Hartford, left email address, no response rec'd. |
| 7/7/2008 | email | 212-909-6000 | Mikhail Angelovskiy | Debevoise & Plimpton | New York NY | rec'd email reply 7/9/08 from Laren Spirer they only take pro bono cases from legal services |
| 7/17/2008 | phone | 212-335-4500 | Marina | DLA Piper | New York NY | left message with Marina, no response rec'd |
| 7/21/2008 | phone | 512-349-1930 | n/a | Weil, Gotshal & Manges Kramer, Levin, Naftalis & | Austin Tx | Left message asking if NY office could handle case, rec'd no response |
| 7/22/2008 | email & phone | jtrachtman@kramerlevin.com | Jeffrey S. Trachtman | Frankel LLP | New York NY | Mr. Trachtman said by phone they could not help |
| 7/22/2008 | email | sgagnon@fulbright.com | Stewart Gagnon | Fulbright & Jaworski LLP | Houston TX | rec'd email reply that NY office could not handle |
| 7/24/2008 | phone | 860-524-3987 | n/a | Dechert | New York NY | Left message, no response. |
| 7/25/2008 | email | info@lapm.org | n/a | Livingston, Adler, Pulda, Meiklejohn & Kelly PC | | no response |
| 7/28/2008 | email | enlerner@lernerandguarino.com | Edward N. Lerner | Lerner & Guarino, LLC | Stamford CT | no response |
| 7/28/2008 | web form | mark@swerdloff.com | Mark Swerdloff | Swerdloff & Swerdloff | West Hartford CT | rec'd email reply he could not help me. |
| 7/29/2008 | web form | 203-428-4171 | Paul Slager | Silver, Golub & Teitell LLP | Stamford CT | rec'd email reply they could not accept my case |
| 7/30/2008 | web form & phone | 860-728-4900 | A. Paul Spinella | Spinella & Associates | Hartford CT | no response |