UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GARY L. TATUM, Individually, | : | JOINT STATUS REPORT |
| Plaintiff, | : | |
| v. | : | CASE NUMBER: 3:08CV1251 (JCH) |
| MARY CHRISTINA OBERG, in her individual and professional capacity, and FORD, OBERG, MANION and HOUCK, PC. | : | |
| Defendants | | MAY 13, 2009 |

## JOINT FED.R.CIV.P. 16(c) STATUS REPORT

Pursuant to the Court's scheduling order in this matter, dated February 13, 2009, the parties offer the following status report in accordance with Fed.R.Civ.P. 16(c).

I.  **STATUS OF PLEADINGS AND PENDING MOTIONS**

The Plaintiff filed this action pro se on July 23, 2008.  On January 20, 2009, Plaintiff's present counsel filed an amended complaint in this matter.  In his amended complaint, Plaintiff raises claims of fraud, breach of contract, professional malpractice, and violation of the Connecticut Unfair Trade Practices Act ("CUTPA").

Pending before the Court is the Defendants' motion to dismiss the First, Second and Fourth Counts of the Plaintiff's amended complaint.  This matter has been fully briefed by the parties.  The parties have not yet received notice of a hearing date on Defendants' motion and

Plaintiff's objection thereto. Except to the extent necessitated by the Court's ruling on the pending motion, neither party presently anticipates any further amendment to the pleadings.[1]

## II.  ADMISSIONS/DISCOVERY

Plaintiff has complied with the written discovery requests propounded upon him on February 10, 2009. Additionally, Plaintiff's deposition has been conducted. Plaintiff has provided to Defendants his Initial Disclosures under Rule 26(a) of the Federal Rules of Civil Procedure. Defendants will be served with written discovery on or before May 18, 2009.

The Defendants have provided to the Plaintiff their Initial Disclosures under Rule 26(a) of the Federal Rules of Civil Procedure. To date, no written discovery has been served upon Defendants. Defendants have produced a copy of their client file as well as a copy of the applicable insurance policy in this claim.

## III.  OUTSTANDING LEGAL ISSUES AND/OR MOTIONS

Defendants contest any legal liability for the alleged acts and omissions set forth in Plaintiff's complaint. As Defendants' motion to dismiss is pending and an answer has yet to be filed, the parties agree it is premature to set forth a list of outstanding legal issues.

## IV.  SETTLEMENT

The parties' February 3, 2009 Rule 26(f) Report did not request an early settlement conference in this matter. At this time, the parties are in agreement that a settlement conference is premature.

This status report was a product of consultation among the lawyers for the Plaintiff and the Defendants.

---

[1] In the event the Fourth Count of Plaintiff's Amended Complaint is not dismissed, counsel for the Plaintiff has indicated that the Complaint will be amended to remove paragraph 22 of the Fourth Count.

Dated: May 13, 2009                          THE PLAINTIFF,

                                                  GARY TATUM

BY  /s/  Tracey Lane Russo
    Joseph N. DeFilippo (CT19761)
    Tracey Lane Russo (CT19865)
    DEFILIPPO & RUSSO LLC
    4 Research Drive, Suite 402
    Shelton, CT  06484
    Phone:  203-242-3011
    Fax:  203-926-0865
    His Attorneys
    Email:     Joe@DeFilippoRusso.com
                  Tracey@DeFilippoRusso.com


Dated May 13, 2009                           THE DEFENDANTS,
                                                  MARY CHRISTINA OBERG AND
                                                  FORD, OBERG, MANION AND HOUCK, P.C.

BY   /s/ Kristine R. Jones
Robert W. Cassot  (CT24094)
    Kristine R. Jones (CT26976)
    James L. Brawley (CT17321)
    Edward N. Storck III (CT27312)
    MORRISON MAHONEY, LLP
    One Constitution Plaza, 10th Floor
    Hartford, CT 06106
    Phone:  (860) 616-4441
    Fax:  (860) 244-3800
    Her and Its Attorneys
    Email:     rcassot@morrisonmahoney.com
                  kjones@morrisonmahoney.com
                  jbrawley@morrisonmahoney.com
                  estorck@morrisonmahoney.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 13, 2009, a copy of the foregoing Joint Status Report was served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court' s CM/ECF System.

                                          BY  /s/ Kristine R. Jones
                                                Kristine R. Jones (CT26976)