UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GARY L. TATUM, Individually,<br>    Plaintiff, | CASE NO.: 3:08CV1251 (JCH) |
| v. | |
| MARY CHRISTINA OBERG, In her individual and professional capacity, and FORD, OBERG, MANION and HOUCK, PC.<br>    Defendants | September 15, 2009 |

### DEFENDANTS, MARY CHRISTINA OBERG AND FORD, OBERG, MANION AND HOUCK, P.C.'S, MOTION TO PRECLUDE

Pursuant to Fed. R. Civ. Proc. Rule 37 (c), the defendants, Mary Christina Oberg and the law firm of Ford, Oberg, Manion and Houck, P.C. (the "defendants"), hereby move to preclude the plaintiff from submitting any expert witnesses or opinions at trial due to the plaintiff's failure to timely disclose an expert.

A memorandum of law in support of this motion is attached hereto.

THE DEFENDANTS,
MARY CHRISTINA OBERG AND
FORD, OBERG, MANION AND HOUCK, P.C.

/s/: Robert Cassot
Robert Cassot  (CT24094)
Stephen O. Clancy (CT27617)
Edward N. Storck III (CT27312)
MORRISON MAHONEY, LLP
One Constitution Plaza, 10th Floor
Hartford, CT 06106
Phone:  (860) 616-4441
Fax:  (860) 244-3800
Her and Its Attorneys
Email: rcassot@morrisonmahoney.com
sclancy@morrisonmahoney.com
estorck@morrisonmahoney.com

2

**MORRISON MAHONEY LLP • COUNSELLORS AT LAW**
**ONE CONSTITUTION PLAZA • HARTFORD, CONNECTICUT 06103**
**(860) 616-4441 • JURIS NO. 404459**

## CERTIFICATION

      I hereby certify that on September 15, 2009, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Joseph N. DeFilippo, Esq.
Tracey Lane Russo, Esq.
DeFilippo & Russo LLC
4 Research Drive, Suite 402
Shelton, CT  06484
**Counsel for Plaintiff, Gary Tatum**

                        /s/: Robert Cassot
                        Robert Cassot  (CT24094)
                        Stephen O. Clancy (CT27617)
                        Edward N. Storck III (CT27312)
                        MORRISON MAHONEY, LLP
                        One Constitution Plaza, 10th Floor
                        Hartford, CT 06106
                        Phone:  (860) 616-4441
                        Fax:  (860) 244-3800
                        Her and Its Attorneys
                        Email: rcassot@morrisonmahoney.com
                                       sclancy@morrisonmahoney.com
                                       estorck@morrisonmahoney.com