# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GARY L. TATUM, Individually,<br>Plaintiff, | : | CASE NO.: 3:08CV1251 (JCH) |
| v. | : | |
| MARY CHRISTINA OBERG, In her<br>individual and professional capacity, and<br>FORD, OBERG, MANION and HOUCK,<br>PC.<br>Defendants | : | OCTOBER 22, 2009 |

## DEFENDANTS, MARY CHRISTINA OBERG AND FORD, OBERG, MANION AND HOUCK, P.C.'S, OBJECTION TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND

The defendants, Mary Christina Oberg and Ford, Oberg, Manion and Houck, PC, hereby object to the plaintiff's October 2, 2009 Motion for Leave to File Amended Complaint on the grounds that the amendments would be unduly prejudicial and futile. A memorandum of law in support of this motion is attached hereto.

WHEREFORE, the defendants, Mary Christina Oberg and Ford, Oberg, Manion and Houck, PC, respectfully request that the court deny the plaintiffs Motion for Leave to File

**Oral Argument Requested**

Amended Complaint.

                    THE DEFENDANTS,
                    MARY CHRISTINA OBERG AND
                    FORD, OBERG, MANION AND HOUCK, P.C.

                    /s/: Robert Cassot
                    Robert Cassot (CT24094)
                    Stephen O. Clancy (CT27617)
                    Edward N. Storck III (CT27312)
                    MORRISON MAHONEY, LLP
                    One Constitution Plaza, 10th Floor
                    Hartford, CT 06106
                    Phone: (860) 616-4441
                    Fax: (860) 244-3800
                    Her and Its Attorneys
                    Email: rcassot@morrisonmahoney.com
                           sclancy@morrisonmahoney.com
                           estorck@morrisonmahoney.com

## CERTIFICATION

       I hereby certify that on October 22, 2009, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Joseph N. DeFilippo, Esq.
Tracey Lane Russo, Esq.
DeFilippo & Russo LLC
4 Research Drive, Suite 402
Shelton, CT  06484
**Counsel for Plaintiff, Gary Tatum**

                                          /s/: Robert Cassot
                                          Robert Cassot  (CT24094)
                                          Stephen O. Clancy (CT27617)
                                          Edward N. Storck III (CT27312)
                                          MORRISON MAHONEY, LLP
                                          One Constitution Plaza, 10th Floor
                                          Hartford, CT 06106
                                          Phone:  (860) 616-4441
                                          Fax:  (860) 244-3800
                                          Her and Its Attorneys
                                          Email: rcassot@morrisonmahoney.com
                                                   sclancy@morrisonmahoney.com
                                                   estorck@morrisonmahoney.com