Civil- (Dec-2008)

HONORABLE: _____
DEPUTY CLERK _____ RPTR/ECRO/TAPE _____
TOTAL TIME: _____ hours _____ minutes
DATE: _____ START TIME: _____ END TIME: _____
LUNCH RECESS    FROM: _____ TO: _____
RECESS (if more than ½ hr)   FROM: _____ TO: _____

CIVIL NO. _____

_____
vs
_____

_____
Plaintiff's Counsel

_____
Defendant's Counsel

**COURTROOM MINUTES- CIVIL**

☐ Motion hearing         ☐ Show Cause Hearing
☐ Evidentiary Hearing    ☐ Judgment Debtor Exam
☐ Miscellaneous Hearing

☐ .....#____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....#____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....#____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....#____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....#____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....#____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....#____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....   Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....   Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....   Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....   Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....   ☐ Briefs(s) due _____ ☐ Proposed Findings due _____ Response due _____
☐ ............ _____ ☐ filed ☐ docketed
☐ ............ _____ ☐ filed ☐ docketed
☐ ............ _____ ☐ filed ☐ docketed
☐ ............ _____ ☐ filed ☐ docketed
☐ ............ _____ ☐ filed ☐ docketed
☐ ............ _____ ☐ filed ☐ docketed
☐ ............ _____ Hearing continued until _____ at _____

```
Count 4 of the Amended Complaint withdrawn by stipulation on the record.
```