# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| GARY L. TATUM, Individually, <br>     Plaintiff, | : <br> : <br> : |
| v. | : CASE NO.: 3:08CV1251 (JCH) <br> : |
| MARY CHRISTINA OBERG, In Her Individual and Professional Capacity, and FORD, OBERG, MANION and HOUCK, P.C., <br>     Defendants. | : December 9, 2009 <br> : <br> : <br> : |

**DEFENDANTS, MARY CHRISTINA OBERG AND FORD, OBERG, MANION AND HOUCK, P.C.'S, MOTION FOR RULING ON MOTION TO AMEND COMPLAINT PRIOR TO RULING ON MOTION FOR SUMMARY JUDGMENT**

The Defendants hereby respectfully request that the Court rule on the Plaintiff's Motion to Amend the Complaint prior to issuing any ruling on the Motion for Summary Judgment. This request is respectfully made in the interest of judicial economy, as the undersigned intends to move for summary judgment on any claims that are permitted under the Amended Complaint. In the event the Court is inclined to allow the fraud and breach of contract claims discussed during the oral arguments conducted December 8, 2009, the Defendants request that the Court provide an opportunity for counsel to file a new motion for summary judgment, incorporating new arguments concerning the breach of contract and fraud claims. By proceeding in this manner, we will eliminate the need for two separate motions for summary judgment and will, therefore, preserve the Court's time.

Defense counsel has discussed this proposal with Plaintiff's counsel, Attorney Joseph N. DeFilippo, who is in agreement.

**MORRISON MAHONEY LLP • COUNSELLORS AT LAW**
**ONE CONSTITUTION PLAZA • HARTFORD, CONNECTICUT 06103**
**(860) 616-4441 • JURIS NO. 404459**

1051570v1

WHEREFORE, the Defendants respectfully request that their Motion for Ruling on Motion to Amend Complaint Prior to Ruling on Motion for Summary Judgment be granted.

          THE DEFENDANTS,
          MARY CHRISTINA OBERG AND
          FORD, OBERG, MANION AND HOUCK, P.C.

By: /s/ Robert W. Cassot
      Robert W. Cassot (ct24094)
      Stephen O. Clancy (ct27617)
      Edward N. Storck III (ct27312)
      MORRISON MAHONEY, LLP
      One Constitution Plaza, 10th Floor
      Hartford, CT 06106
      Phone: (860) 616-4441
      Fax: (860) 244-3800
      Their Attorneys
      Email: rcassot@morrisonmahoney.com
             sclancy@morrisonmahoney.com
             estorck@morrisonmahoney.com

-2-

**MORRISON MAHONEY LLP • COUNSELLORS AT LAW**
**ONE CONSTITUTION PLAZA • HARTFORD, CONNECTICUT 06103**
**(860) 616-4441 • JURIS NO. 404459**

1051570v1

CERTIFICATION

       I hereby certify that on December 9, 2009, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Joseph N. DeFilippo, Esq.
Tracey Lane Russo, Esq.
DeFilippo & Russo LLC
4 Research Drive, Suite 402
Shelton, CT 06484
**Counsel for Plaintiff, Gary Tatum**

                               THE DEFENDANTS,
                               MARY CHRISTINA OBERG AND
                               FORD, OBERG, MANION AND HOUCK, P.C.

                         By:       /s/ Robert W. Cassot
                               Robert W. Cassot (ct24094)
                               Stephen O. Clancy (ct27617)
                               Edward N. Storck III (ct27312)
                               MORRISON MAHONEY, LLP
                               One Constitution Plaza, 10th Floor
                               Hartford, CT 06106
                               Phone: (860) 616-4441
                               Fax: (860) 244-3800
                               Their Attorneys
                               Email: rcassot@morrisonmahoney.com
                                                 sclancy@morrisonmahoney.com
                                                 estorck@morrisonmahoney.com

1051570v1