**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| GARY L. TATUM | : | |
|     Plaintiff, | : | CIVIL ACTION NO. |
| | : | 3:08-CV-1251 (JCH) |
| v. | : | |
| | : | |
| MARY CHRISTINA OBERG, ET AL., | : | DECEMBER 21, 2009 |
|     Defendants. | : | |

## ORDER TO SHOW CAUSE

Pursuant to Federal Rule of Evidence 706(a), the parties to this case are hereby ORDERED TO SHOW CAUSE as to why the court should not appoint an expert witness in this case for the purpose of resolving the claim of legal malpractice. The court is considering appointing Attorney Sarah D. Eldrich of the New Haven bar.

Any responses to this Order shall be filed on or before **JANUARY 5, 2010**.

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 21st day of December, 2009.

                                           /s/ Janet C. Hall
                                           Janet C. Hall
                                           United States District Judge