UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GARY L. TATUM, Individually, Plaintiff, | CASE NO.: 3:08CV1251 (JCH) |
| v. | |
| MARY CHRISTINA OBERG, In her individual and professional capacity, and FORD, OBERG, MANION and HOUCK, PC. Defendants | January 11, 2010 |

## DEFENDANTS, MARY CHRISTINA OBERG AND FORD, OBERG, MANION AND HOUCK, P.C.'S, MOTION FOR ENLARGEMENT OF TIME FOR FILING DISPOSITIVE MOTION

Pursuant to Local Rule of Civil Procedure 7(b) and Federal Rules of Civil Procedure 6(b), the defendants, Mary Christina Oberg and Ford, Oberg, Manion and Houck, PC, respectfully move the Court to grant her/it an extension of time of thirty (30) days, from the date the court rules on its December 22, 2009 Order to Show Cause and the Defendants' January 4, 2010 response thereto, within which to file a dispositive motion. (See Document Nos. 129 and 130). The court has currently set a January 21, 2010 deadline for filing a dispositive motion. An enlargement of time will be necessary as the issue presented in the Order to Show Cause, namely the appointment of an expert for the purpose of resolving the legal malpractice claim, will need to be resolved before the undersigned can fully brief and file any dispositive motion.

The undersigned has contacted Plaintiff's counsel who are in agreement with this request. This is the first Motion for Enlargement of Time filed by the Defendants with respect to this time limitation.

WHEREFORE, the Defendants respectfully request that the court grant their Motion for Enlargement of Time.

THE DEFENDANTS,
MARY CHRISTINA OBERG AND
FORD, OBERG, MANION AND HOUCK, P.C.

/s/: Robert Cassot
Robert Cassot (CT24094)
Stephen O. Clancy (CT27617)
Edward N. Storck III (CT27312)
MORRISON MAHONEY, LLP
One Constitution Plaza, 10th Floor
Hartford, CT 06106
Phone: (860) 616-4441
Fax: (860) 244-3800
Her and Its Attorneys
Email: rcassot@morrisonmahoney.com
sclancy@morrisonmahoney.com
estorck@morrisonmahoney.com

MORRISON MAHONEY LLP • COUNSELLORS AT LAW
ONE CONSTITUTION PLAZA • HARTFORD, CONNECTICUT 06103
(860) 616-4441 • JURIS NO. 404459

## CERTIFICATION

      I hereby certify that on January 11, 2010, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Joseph N. DeFilippo, Esq.
Tracey Lane Russo, Esq.
DeFilippo & Russo LLC
4 Research Drive, Suite 402
Shelton, CT 06484
**Counsel for Plaintiff, Gary Tatum**

 

                      /s/: Robert Cassot
                          Robert Cassot (CT24094)
                          Stephen O. Clancy (CT27617)
                          Edward N. Storck III (CT27312)
                          MORRISON MAHONEY, LLP
                          One Constitution Plaza, 10th Floor
                          Hartford, CT 06106
                          Phone: (860) 616-4441
                          Fax: (860) 244-3800
                          Her and Its Attorneys
                          Email: rcassot@morrisonmahoney.com
                                  sclancy@morrisonmahoney.com
                                  estorck@morrisonmahoney.com