**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| GARY L. TATUM | : | |
|     Plaintiff, | : | CIVIL ACTION NO. |
| | : | 3:08-CV-1251 (JCH) |
| v. | : | |
| | : | |
| MARY CHRISTINA OBERG, ET AL., | : | JANUARY 20, 2010 |
|     Defendants. | : | |

**RULING RE: MOTION FOR SUMMARY JUDGMENT (Doc. No. 100)**

In a Ruling dated December 18, 2009 (Doc. No. 128) (hereinafter "December 18 Ruling"), this court granted the defendants' Motion to Amend Complaint Prior to Ruling on Motion for Summary Judgment (hereinafter "Motion for Ruling"). In the Motion for Ruling (Doc. No. 127), the defendants requested an opportunity to file a new, comprehensive motion for summary judgment following this court's ruling on Tatum's Motion to Amend his Complaint. The defendants indicated a desire for the court to rule on a single, comprehensive motion for summary judgment, and to "eliminate the need for two separate motions for summary judgment." Motion for Ruling at 1. In the December 18 Ruling, this court granted the defendants leave to file such a new motion for summary judgment, in the event that the plaintiff filed a Second Amended Complaint. December 18 Ruling at 12-13.

On that basis, the court hereby terminates the defendants' Motion for Summary Judgment that is still pending (Doc. No. 100), without prejudice to refiling in accordance with the instructions contained in the December 18 Ruling, and the January 12, 2010 Order (Doc. No. 132) granting the defendants' Motion for Extension of Time.

In addition, the court notes that more than one month has elapsed since Tatum was granted leave to file a Second Amended Complaint, and Tatum has still not filed a

Second Amended Complaint.  If Tatum wishes to pursue this case, he must file a Second Amended Complaint by January 30, 2010.  Otherwise, the case will be dismissed for failure to prosecute.

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 20th day of January, 2010.

/s/ Janet C. Hall
Janet C. Hall
United States District Judge