# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GARY L. TATUM, Individually, :      Plaintiff, | : | CASE NO.: 3:08CV1251 (JCH) |
| v. | : | |
| MARY CHRISTINA OBERG, In her individual and professional capacity, and FORD, OBERG, MANION and HOUCK, PC.      Defendants | : | February 18, 2010 |

## DEFENDANTS, MARY CHRISTINA OBERG AND FORD, OBERG, MANION AND HOUCK, P.C.'S, SECOND MOTION FOR ENLARGEMENT OF TIME FOR FILING DISPOSITIVE MOTION

Pursuant to Local Rule of Civil Procedure 7(b) and Federal Rules of Civil Procedure 6(b), the defendants, Mary Christina Oberg and Ford, Oberg, Manion and Houck, PC, respectfully move the Court to grant her/it an extension of time of sixty (60) days, from the date the court appointed expert reviews the relevant evidence provided by counsel and provides counsel with her opinion. (See Document No. 134). The court has currently set a February 22, 2010 deadline for filing a dispositive motion. An enlargement of time will be necessary as the court's January 20, 2010 Order Appointing Expert provides that the purpose of appointing an expert is to provide her opinion as to whether Plaintiff has raised an issue of fact sufficient to survive Summary Judgment. Therefore, additional time will be required in order for the expert to communicate her findings to the parties and for the undersigned to fully brief the issues in a dispositive motion.

1

**MORRISON MAHONEY LLP • COUNSELLORS AT LAW**
**ONE CONSTITUTION PLAZA • HARTFORD, CONNECTICUT 06103**
**(860) 616-4441 • JURIS NO. 404459**

The undersigned has contacted Plaintiff's counsel who are in agreement with this request. This is the second Motion for Enlargement of Time filed by the Defendants with respect to this time limitation.

WHEREFORE, the Defendants respectfully request that the court grant their Motion for Enlargement of Time.

THE DEFENDANTS,
MARY CHRISTINA OBERG AND
FORD, OBERG, MANION AND HOUCK, P.C.

/s/: Robert Cassot
Robert Cassot (CT24094)
Stephen O. Clancy (CT27617)
Edward N. Storck III (CT27312)
MORRISON MAHONEY, LLP
One Constitution Plaza, 10th Floor
Hartford, CT 06106
Phone: (860) 616-4441
Fax: (860) 244-3800
Her and Its Attorneys
Email: rcassot@morrisonmahoney.com
sclancy@morrisonmahoney.com
estorck@morrisonmahoney.com

## **CERTIFICATION**

I hereby certify that on February 18, 2010, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Joseph N. DeFilippo, Esq.
Tracey Lane Russo, Esq.
DeFilippo & Russo LLC
4 Research Drive, Suite 402
Shelton, CT  06484
**Counsel for Plaintiff, Gary Tatum**

                                /s/: Robert Cassot
                                Robert Cassot  (CT24094)
                                Stephen O. Clancy (CT27617)
                                Edward N. Storck III (CT27312)
                                MORRISON MAHONEY, LLP
                                One Constitution Plaza, 10th Floor
                                Hartford, CT 06106
                                Phone:  (860) 616-4441
                                Fax:  (860) 244-3800
                                Her and Its Attorneys
                                Email: rcassot@morrisonmahoney.com
                                      sclancy@morrisonmahoney.com
                                      estorck@morrisonmahoney.com