**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

_____

|  |  |  |
|---|---|---|
| | ) | |
| GARY TATUM, Individually, | ) | |
| Plaintiff, | ) | |
| | ) | **C.A. No. 3:08-CV-01251-JCH** |
| v. | ) | |
| | ) | |
| MARY CHRISTINA OBERG and | ) | |
| FORD, OBERG, MANIOIN and | ) | |
| HOUCK, PC | ) | |
| Defendants. | ) | |
| _____ ) | | FEBRUARY 22, 2009 |

**MOTION FOR EXTENSION OF TIME TO RESPOND TO**
**MOTION FOR SUMMARY JUDGMENT**

Pursuant to Local Rule 7(b)(2), the undersigned, on behalf of Plaintiff Gary Tatum, hereby moves this Court to grant him an extension of time of two weeks, up to and including March 9, 2010, within which to provide the court-appointed expert with information regarding this matter. In support of the foregoing, the undersigned counsel submits that she has spoken with the expert and that additional time is necessary to locate one or more of the remaining documents requested. In the interim, documents that have been located will be forwarded to the expert.

This is the first time that Plaintiff Gary Tatum has moved for an extension of time within which to meet the Court's deadline and no further extension will be requested. Counsel for Mary Christina Oberg and Ford Oberg Manion and Houck PC have been contacted however, the undersigned does not yet know whether they consent to this request.

Dated at Shelton, Connecticut this 22nd day of February, 2010.

PLAINTIFF
GARY TATUM


BY  /s/ Tracey Lane Russo
     Tracey Lane Russo, Esq.
     Fed. Bar. No. CT19865
     Email:  trusso@defilipporusso.com


**CERTIFICATION**

I hereby certify that on February 22, 2010, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.


/s/ Tracey Lane Russo
Tracey Lane Russo, Esq.

DEFILIPPO & RUSSO LLC • ATTORNEYS AT LAW
4 RESEARCH DRIVE, SUITE 402 • SHELTON, CONNECTICUT 06484
203-242-3011 • JURIS NO. 425978