UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GARY TATUM, Individually, <br> Plaintiff, <br><br> v. <br><br> MARY CHRISTINA OBERG and <br> FORD, OBERG, MANIOIN and <br> HOUCK, PC <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | C.A. No. 3:08-CV-01251-JCH <br><br><br><br><br><br><br><br> MARCH 2, 2010 |

## MOTION FOR EXTENSION OF TIME TO PROVIDE COURT-APPOINTED EXPOERT WITH INFORMATION

Pursuant to Local Rule 7(b)(2), the undersigned, on behalf of Plaintiff Gary Tatum, hereby moves this Court to grant him an extension of time of ten (10) days, up to and including March 12, 2010, within which to provide the court-appointed expert with information regarding this matter. In support of the foregoing, the undersigned counsel submits that he has received additional information from his client and needs the additional time to review and assess said additional information, and decide what is relevant and then provide such information to the expert.

This is the second time that Plaintiff Gary Tatum has moved for an extension of time within which to meet the Court's deadline and no further extensions will be requested. Counsel for Mary Christina Oberg and Ford Oberg Manion and Houck PC have been contacted and consent to this request.

Dated at Shelton, Connecticut this 2nd day of March, 2010.

        PLAINTIFF
        GARY TATUM


        BY  /s/ Joseph N. DeFilippo
          Joseph N. DeFilippo, Esq.
          Fed. Bar. No. CT19761
          Email:  jdefilippo@defilipporusso.com


### **CERTIFICATION**

    I hereby certify that on March 2, 2010, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.


        /s/ Joseph N. DeFilippo
        Joseph N. DeFilippo, Esq.

**DEFILIPPO & RUSSO LLC • ATTORNEYS AT LAW**
**4 RESEARCH DRIVE, SUITE 402 • SHELTON, CONNECTICUT 06484**
**203-242-3011 • JURIS NO. 425978**