UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GARY L. TATUM, Individually,<br>Plaintiff,<br><br>v.<br><br><br>MARY CHRISTINA OBERG, In her<br>individual and professional capacity, and<br>FORD, OBERG, MANION and HOUCK,<br>PC.<br>Defendants | CASE NO.: 3:08CV1251 (JCH)<br><br><br><br><br><br><br>March 8, 2010 |

## DEFENDANTS, MARY CHRISTINA OBERG AND FORD, OBERG, MANION AND HOUCK, P.C.'S, NOTICE OF COMPLIANCE WITH COURT'S FEBRUARY 16, 2010 ORDER TO PROVIDE DISCOVERY TO EXPERT

The Defendants, Mary Christina Oberg and Ford, Oberg, Manion and Houck, P.C., by and through the undersigned, hereby gives notice to the court that, on February 23, 2010, they have complied with the Court's January 20, 2010 and February 16, 2010 orders to provide the Court's Expert, Attorney Sarah D. Eldrich, with all evidence that may be relevant to the Plaintiff's Legal Malpractice claim. In support thereof, the Defendants assert that it has provided the following relevant evidence to Attorney Eldrich:

1. Plaintiff's original Complaint dated July 23, 2008;

2. Plaintiff's Amended Complaint dated January 20, 2009;

3. Plaintiff's Second Amended Complaint dated January 28, 2010;

4. Plaintiff's responses to Defendants' Interrogatories and Requests for Production dated April 24, 2009;

      5. A copy of Defendant's entire client file for Gary Tatum; and

      6. Transcript of Plaintiff's Deposition dated May 4, 2009.

(See Letter to Sarah D. Eldrich, dated February 22, 2010, attached hereto as Exhibit A). The relevant documents were delivered to Attorney Eldrich on February 23, 2010 at 9:33 am, and a signature accepting delivery was provided. (See Federal Express Delivery Confirmation attached hereto as Exhibit B). A copy of the letter sent to Attorney Eldrich was also sent to Plaintiff's counsel by U.S. Mail, postage pre-paid on February 22, 2010.

      THE DEFENDANTS,
      MARY CHRISTINA OBERG AND
      FORD, OBERG, MANION AND HOUCK, P.C.

      /s/: Robert Cassot
      Robert Cassot  (CT24094)
      Stephen O. Clancy (CT27617)
      Edward N. Storck III (CT27312)
      MORRISON MAHONEY, LLP
      One Constitution Plaza, 10th Floor
      Hartford, CT 06106
      Phone: (860) 616-4441
      Fax: (860) 244-3800
      Her and Its Attorneys
      Email: rcassot@morrisonmahoney.com
            sclancy@morrisonmahoney.com
            estorck@morrisonmahoney.com

## CERTIFICATION

  I hereby certify that on March 8, 2010, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Joseph N. DeFilippo, Esq.
Tracey Lane Russo, Esq.
DeFilippo & Russo LLC
4 Research Drive, Suite 402
Shelton, CT 06484
**Counsel for Plaintiff, Gary Tatum**

               /s/: Robert Cassot
               Robert Cassot (CT24094)
               Stephen O. Clancy (CT27617)
               Edward N. Storck III (CT27312)
               MORRISON MAHONEY, LLP
               One Constitution Plaza, 10th Floor
               Hartford, CT 06106
               Phone: (860) 616-4441
               Fax: (860) 244-3800
               Her and Its Attorneys
               Email: rcassot@morrisonmahoney.com
                   sclancy@morrisonmahoney.com
                   estorck@morrisonmahoney.com

# EXHIBIT A

# MORRISON MAHONEY LLP

COUNSELLORS AT LAW

ONE CONSTITUTION PLAZA, 10th FLOOR
HARTFORD, CONNECTICUT 06103-1810
860-616-4441

Robert W. Cassot
rcassot@morrisonmahoney.com

Edward N. Storck III
Direct Dial: 860-616-4441
Direct Fax: 860-541-4858
estorck@morrisonmahoney.com

MASSACHUSETTS
BOSTON
FALL RIVER
SPRINGFIELD
WORCESTER

CONNECTICUT
HARTFORD

ENGLAND
LONDON

NEW HAMPSHIRE
MANCHESTER

NEW JERSEY
PARSIPPANY

NEW YORK
NEW YORK

RHODE ISLAND
PROVIDENCE

February 22, 2010

Sarah D. Eldrich, Esq.
Rubin & Eldrich, P.C.
59 Elm Street, P.O. Box 1422
New Haven, CT 06506

Re:  Tatum v. Oberg, et al
     Case No.: 3:08CV1251 (JCH)

Dear Attorney Eldrich:

Pursuant to Judge Hall's January 20, 2010 and February 16, 2010 orders regarding your appointment as an expert in the above referenced matter, the following documents are enclosed for your review.

1. Plaintiff's original Complaint dated July 23, 2008.

2. Plaintiff's Amended Complaint dated January 20, 2009.

3. Plaintiff's Second Amended Complaint dated January 28, 2010.

4. Plaintiff's responses to Defendants' Interrogatories and Requests for Production dated April 24, 2009.

5. A copy of Defendant's entire client file for Gary Tatum.

6. Transcript of Plaintiff's Deposition dated May 4, 2009.

Although the court set a deadline for completing discovery in this matter, we note that Plaintiff has not served discovery on the Defendants nor has he noticed Attorney Oberg's

MORRISON MAHONEY LLP

February 21, 2010
Page 2

Deposition.  Should you require any further information please not hesitate to contact us.

Very truly yours,

Robert W. Cassot
Edward N. Storck III

CC:   Joseph N. DeFilippo, Esq.
      DeFilippo & Russo LLC
      4 Research Drive, Suite 402
      Shelton, CT  06484

# EXHIBIT B

**Chartier, Nella**

From: TrackingUpdates@fedex.com
Sent: Tuesday, February 23, 2010 10:20 AM
To: Chartier, Nella
Subject: FedEx Shipment 793290295245 Delivered

This tracking update has been requested by:

Company Name:        MORRISON MAHONEY LLP
Name:                MORRISON MAHONEY LLP
E-mail:              nchartie@morrisonmahoney.com

Our records indicate that the following shipment has been delivered:

Reference:                  10033152
Ship (P/U) date:            Feb 22, 2010
Delivery date:              Feb 23, 2010 9:33 AM
Sign for by:                C.ALLAHAN
Delivered to:               Receptionist/Front Desk
Service type:               FedEx Priority Overnight
Packaging type:             Your Packaging
Number of pieces:           1
Weight:                     25.00 lb.
Special handling/Services:  Deliver Weekday

Tracking number:            793290295245

Shipper Information            Recipient Information
MORRISON MAHONEY LLP           Sarah D. Eldrich, Esq.
MORRISON MAHONEY LLP           Rubin & Eldrich, P.C.
10th Floor                     59 ELM ST
ONE CONSTITUTION PLAZA         NEW HAVEN
HARTFORD                       CT
CT                             US
US                             06510
06103

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 9:18 AM CST on 02/23/2010.

Learn more about new ways to track with FedEx.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above, or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the Requestor noted above. FedEx does not validate the authenticity of the requestor and does not validate, guarantee or warrant the authenticity of the request, the requestor's message, or the accuracy of this tracking update. For tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.

3/5/2010