UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GARY TATUM, Individually,<br>   Plaintiff,<br><br>v.<br><br>MARY CHRISTINA OBERG and<br>FORD, OBERG, MANIOIN and<br>HOUCK, PC<br>   Defendants. | C.A. No. 3:08-CV-01251-JCH<br><br><br><br><br><br><br>March 12, 2010 |

### PLAINTIFF GARY TATUM'S NOTICE OF COMPLIANCE WITH COURT'S ORDER TO PROVIDE INFORMATION TO EXPERT ATTORNET SARAH ELDRICH

  Plaintiff Gary Tatum by and through undersigned counsel, hereby gives notice to the Court that on or about March 9, 2010, compliance was made to the Court's order regarding providing Court appointed expert, Attorney Sarah Eldrich, with all of the pertinent information that may be relevant to the Plaintiff's legal malpractice claim. In support of said notice of compliance, the Plaintiff hereby states by and through undersigned counsel that he provided the following relevant information on a CD to Attorney Eldrich:

1. February 3, 2003 Request for Production prepared by Oberg –production request that does not contain request for Dr. Murphy's 2002 tax returns;
2. January 21, 2004 Subpoena Duces Tecum prepared by Oberg—does not contain request for Dr. Murphy's 2002 tax returns, despite representing to Tatum that said tax returns would be requested;
3. Emails from Tatum to Oberg post Divorce regarding discovered evidence of savings bonds and real estate not listed on Dr. Murphy's financial affidavit;
4. July 13, 2004 Subpoena Duces Tecum directed to Dr. Murphy by Oberg—again omits request for 2002 tax returns;
5. 2002 Warranty Deed—Real Estate—Dr. Murphy—never discovered by Oberg;
6. July 22, 2004 email from Tatum to Oberg regarding omitted 2002 tax returns;

      7.      Transcript of October 27, 2004 hearing wherein Judge finds that discovery was not conducted properly and Dr. Murphy defrauded the Court by submitting false financial affidavit ;

      8.      Copy of document detailing 2003 SEP IRA deposit by Dr. Murphy;

Also enclosed on the CD were the following:

      1.      Documents related to original divorce action;
      2.      Documents related to motion to open (2004);
      3.      Documents related to appeal of denial of motion to open.

Letter to Attorney Eldrich and copied to Attorney Cassot, dated March 9, 2010, is attached as Exhibit "A".

**DEFILIPPO & RUSSO LLC • ATTORNEYS AT LAW**
**4 RESEARCH DRIVE, SUITE 402 • SHELTON, CONNECTICUT 06484**
**203-242-3011 • JURIS NO. 425978**

Dated at Shelton, Connecticut this 12th day of March, 2010.

        PLAINTIFF
        GARY TATUM


        BY  /s/ Joseph N. DeFilippo
           Joseph N. DeFilippo, Esq.
           Fed. Bar. No. CT19761
           Email:  jdefilippo@defilipporusso.com


## **CERTIFICATION**

    I hereby certify that on March 12, 2010, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.


        /s/ Joseph N. DeFilippo
        Joseph N. DeFilippo, Esq.

**DEFILIPPO & RUSSO LLC • ATTORNEYS AT LAW**
**4 RESEARCH DRIVE, SUITE 402 • SHELTON, CONNECTICUT 06484**
**203-242-3011 • JURIS NO. 425978**

# DEFILIPPO & RUSSO LLC
ATTORNEYS AT LAW

Joseph N. DeFilippo
jdefilippo@defilipporusso.com
Direct Dial: 203-242-3011

Tracey Lane Russo
trusso@defilipporusso.com
Direct Dial: 203-298-4289

One Reservoir Corporate Centre
4 Research Drive, Suite 402
Shelton, Connecticut 06484

100 Pearl Street, 14th Floor
Hartford, Connecticut 06103

Send all correspondence to
Shelton address

# EXHIBIT "A"

March 9, 2010

Attorney Sarah Eldrich
Rubin & Eldrich, P.C.
59 Elm Street
PO Box 1422
New Haven, CT 06506

Re: Tatum v. Oberg

Dear Attorney Eldrich:

Please accept our thanks on behalf of our client, Gary Tatum, for agreeing to serve as an expert witness in the above case.

Enclosed is a CD which contains the following pertinent documents:

    9.    February 3, 2003 Request for Production prepared by Oberg – production request that does not contain request for Dr. Murphy's 2002 tax returns;

4

10. January 21, 2004 Subpoena Duces Tecum prepared by Oberg—does not contain request for Dr. Murphy's 2002 tax returns, despite representing to Tatum that said tax returns would be requested;
11. Emails from Tatum to Oberg post Divorce regarding discovered evidence of savings bonds and real estate not listed on Dr. Murphy's financial affidavit;
12. July 13, 2004 Subpoena Duces Tecum directed to Dr. Murphy by Oberg—again omits request for 2002 tax returns;
13. 2002 Warranty Deed—Real Estate—Dr. Murphy—never discovered by Oberg;
14. July 22, 2004 email from Tatum to Oberg regarding omitted 2002 tax returns;
15. Transcript of October 27, 2004 hearing wherein Judge finds that discovery was not conducted properly and Dr. Murphy defrauded the Court by submitting false financial affidavit ;
16. Copy of document detailing 2003 SEP IRA deposit by Dr. Murphy;

Also enclosed for your review on this CD are the following:

4. Documents related to original divorce action;
5. Documents related to motion to open (2004);
6. Documents related to appeal of denial of motion to open.

Please let me know if you need any further information for your review.

Regards,

*Joseph N. DeFilippo*

Joseph N. DeFilippo, Esq.
JND/kh

cc: Attorney Robert Cassot

DEFILIPPO & RUSSO LLC • ATTORNEYS AT LAW
4 RESEARCH DRIVE, SUITE 402 • SHELTON, CONNECTICUT 06484
203-242-3011 • JURIS NO. 425978