
# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GARY L. TATUM, Individually,<br>　　　　Plaintiff, | : | CASE NO.: 3:08CV1251 (JCH) |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| MARY CHRISTINA OBERG, In her<br>individual and professional capacity, and<br>FORD, OBERG, MANION and HOUCK,<br>PC.<br>　　　　Defendants | :<br>:<br>:<br>:<br>:<br>: | MAY 17, 2010 |

## DEFENDANTS, MARY CHRISTINA OBERG AND FORD, OBERG, MANION AND HOUCK, P.C.'S, REQUEST TO RESET DEADLINE TO FILE DISPOSITIVE MOTION

　　　　The Defendants, Mary Christina Oberg and Ford, Oberg, Manion and Houck, P.C., by and through the undersigned, respectfully request an order of the court resetting the deadlines to file a dispositive motion and trial brief.  Specifically, the Defendants request that the court set the deadlines for filing a dispositive motion and trial brief to sixty (60) days following the undersigned's receipt of Attorney Sarah Eldrich's report submitted pursuant to her January 20, 2010 appointment as an expert.  The deadline for filing a dispositive motion and trial brief was set for Wednesday, May 5, 2010.  Plaintiff's counsel has consented to the filing of this motion.

　　　　The Defendants submit that resetting the deadlines is necessary in light of the court's order on the Defendants Motion for clarification entered on February 16, 2010.  More specifically, the court, *Hall, J.*, stated that the purpose for appointing Attorney Eldrich was to assist the court in resolving the claim of malpractice for the purposes of summary judgment. (Doc. 138 at ¶ 1).  In addition, the court's order also provided either party the opportunity to

1

depose Attorney Eldrich, as a matter of right, upon receipt of her report, in order to inquire as to the basis for her opinion. (Doc. No. 138 at ¶ 3). The Defendants assert that they have not yet received Attorney Eldrich's report regarding her opinion on Plaintiff's malpractice claim. As a result, the Defendants have not had the opportunity to take Attorney Eldrich's deposition. The requested order would give the Defendants the opportunity to review Attorney Eldrich's report and, if necessary, take her deposition. Moreover, the requested order would allow the undersigned the opportunity to fully brief the issues for the court in light of whatever opinion Attorney Eldrich may have regarding the Plaintiff's malpractice claim.

WHEREFORE, the Defendants, Mary Christina Oberg and Ford, Oberg, Manion and Houck, P.C., respectfully request that the court enter an order resetting the deadline to file a dispositive motion and trial brief to sixty (60) days following the undersigned's receipt of Attorney Eldrich's report.

THE DEFENDANTS,
MARY CHRISTINA OBERG AND
FORD, OBERG, MANION AND HOUCK, P.C.

/s/: Edward N. Storck III
Robert Cassot  (CT24094)
Stephen O. Clancy (CT27617)
Edward N. Storck III (CT27312)
MORRISON MAHONEY, LLP
One Constitution Plaza, 10th Floor
Hartford, CT 06106
Phone:  (860) 616-4441
Fax:  (860) 244-3800
Her and Its Attorneys
Email: rcassot@morrisonmahoney.com
sclancy@morrisonmahoney.com
estorck@morrisonmahoney.com

## **CERTIFICATION**

      I hereby certify that on May 17, 2010, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

Joseph N. DeFilippo, Esq.
Tracey Lane Russo, Esq.
DeFilippo & Russo LLC
4 Research Drive, Suite 402
Shelton, CT  06484
**Counsel for Plaintiff, Gary Tatum**

                                /s/: Edward N. Storck III
                                Robert Cassot  (CT24094)
                                Stephen O. Clancy (CT27617)
                                Edward N. Storck III (CT27312)
                                MORRISON MAHONEY, LLP
                                One Constitution Plaza, 10th Floor
                                Hartford, CT 06106
                                Phone:  (860) 616-4441
                                Fax:  (860) 244-3800
                                Her and Its Attorneys
                                Email: rcassot@morrisonmahoney.com
                                      sclancy@morrisonmahoney.com
                                      estorck@morrisonmahoney.com