UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GARY L. TATUM, Individually,     Plaintiff, | : : : : : | CASE NO.:  3:08CV1251 (JCH) |
| v. | : : : : : | |
| MARY CHRISTINA OBERG, In her individual and professional capacity, and FORD, OBERG, MANION and HOUCK, PC.     Defendants | : : : : : : | JULY 22, 2010 |

**DEFENDANTS, MARY CHRISTINA OBERG AND
FORD, OBERG, MANION AND HOUCK, P.C.'S, SECOND REQUEST
TO RESET DEADLINE TO FILE DISPOSITIVE MOTION**

    The Defendants, Mary Christina Oberg and Ford, Oberg, Manion and Houck, P.C., by and through the undersigned, respectfully submits its second request for an order of the court resetting the deadlines to file a dispositive motion and trial brief.  Specifically, the Defendants request that the court set the deadlines for filing a dispositive motion and trial brief to sixty (60) days following the undersigned's receipt of Attorney Sarah Eldrich's report submitted pursuant to her January 20, 2010 appointment as an expert.

    On May 17, 2010, the undersigned Defendants filed their first Request to Reset Deadline to File Dispositive Motion.  The first request sought additional time to file a dispositive motion and trial brief in light of the fact that the Defendants had not yet received Attorney Eldrich's report.  On May 18, 2010, the court reset the deadline for filing Dispositive Motions to August

1

16, 2010. In addition, the deadline to file a Trial Brief was reset to August 16, 2010 or thirty (30) days after ruling on the Dispositive Motions.

The Defendants assert that additional time is needed as there is less than thirty (30) days until the current deadline and they have not yet received Attorney Eldrich's report regarding her opinion on Plaintiff's malpractice claim. This second request for additional time is necessary to give the Defendants the opportunity to review Attorney Eldrich's report and, if necessary, take her deposition. Moreover, the requested order would allow the undersigned the opportunity to fully brief the issues for the court in light of whatever opinion Attorney Eldrich may have regarding the Plaintiff's malpractice claim. The undersigned asserts that Plaintiff's Counsel consents to the filing of this request and does not object to the Court's resetting of the deadline.

WHEREFORE, the Defendants, Mary Christina Oberg and Ford, Oberg, Manion and Houck, P.C., respectfully request that the court enter an order resetting the deadline to file a dispositive motion and trial brief to sixty (60) days following the undersigned's receipt of

2

Attorney Eldrich's report.

                THE DEFENDANTS,
                MARY CHRISTINA OBERG AND
                FORD, OBERG, MANION AND HOUCK, P.C.

                /s/: Edward N. Storck III
                Robert Cassot  (CT24094)
                Stephen O. Clancy (CT27617)
                Edward N. Storck III (CT27312)
                MORRISON MAHONEY, LLP
                One Constitution Plaza, 10th Floor
                Hartford, CT 06106
                Phone:  (860) 616-4441
                Fax:  (860) 244-3800
                Her and Its Attorneys
                Email: rcassot@morrisonmahoney.com
                       sclancy@morrisonmahoney.com
                       estorck@morrisonmahoney.com

**MORRISON MAHONEY LLP • COUNSELLORS AT LAW**
**ONE CONSTITUTION PLAZA • HARTFORD, CONNECTICUT 06103**
**(860) 616-4441 • JURIS NO. 404459**

## CERTIFICATION

      I hereby certify that on July 22, 2010, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

Joseph N. DeFilippo, Esq.
Tracey Lane Russo, Esq.
DeFilippo & Russo LLC
4 Research Drive, Suite 402
Shelton, CT  06484
**Counsel for Plaintiff, Gary Tatum**

                            /s/: Edward N. Storck III
                            Robert Cassot  (CT24094)
                            Stephen O. Clancy (CT27617)
                            Edward N. Storck III (CT27312)
                            MORRISON MAHONEY, LLP
                            One Constitution Plaza, 10th Floor
                            Hartford, CT 06106
                            Phone:  (860) 616-4441
                            Fax:  (860) 244-3800
                            Her and Its Attorneys
                            Email: rcassot@morrisonmahoney.com
                                     sclancy@morrisonmahoney.com
                                     estorck@morrisonmahoney.com