UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____
                                          )
GARY TATUM, Individually,                 )
         Plaintiff,                       )
                                          )   **C.A. No. 3:08-CV-01251-JCH**
v.                                        )
                                          )
MARY CHRISTINA OBERG,                     )
FORD, OBERG, MANIOIN and                  )
HOUCK, PC, C. MICHAEL BUDLONG,            )
BUDLONG & BARRETT, LLC, DONALD            )
J. HIEBEL,                                )
         Defendants.                      )
_____ )      **JULY 28, 2010**

### MOTION FOR CONTINUANCE OF TELEPHONE CONFERENCE SCHEDULED FOR JULY 29, 2010 BEFORE THE HONORABLE JUDGE JANET HALL

The undersigned, on behalf of Plaintiff Gary Tatum, hereby moves this Court to continue the Telephone Conference scheduled for July 29, 2010 before the Honorable Judge Janet Hall. The reason for this request is that Counsel for the Plaintiff is unavailable for the date and time for this conference. Counsel is unable to have Attorney Russo handle this telephone conference since she is on maternity leave. Counsel has corresponded with counsel for the defendants and they consent to this motion.

     Dated at Shelton, Connecticut this 28th day of July, 2010.

                        PLAINTIFF
                        GARY TATUM

                        BY /s/ Joseph N. DeFilippo
                          Joseph N. DeFilippo-Fed Bar. No. CT19761
                          Email: jdefilippo@defilipporusso.com

## **CERTIFICATION**

I hereby certify that on July 28th, 2010 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Joseph N. DeFilippo
Joseph N. DeFilippo

**DEFILIPPO & RUSSO LLC • ATTORNEYS AT LAW**
**4 RESEARCH DRIVE, SUITE 402 • SHELTON, CONNECTICUT 06484**
**203-242-3011 • JURIS NO. 425978**