UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GARY L. TATUM, Individually,<br>　　　　Plaintiff, | : | CASE NO.:  3:08CV1251 (JCH) |
| | : | |
| | : | |
| | : | |
| 　　　　v. | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| MARY CHRISTINA OBERG, In her | : | AUGUST 9, 2010 |
| individual and professional capacity, and | : | |
| FORD, OBERG, MANION and HOUCK, | : | |
| PC. | : | |
| 　　　　Defendants | : | |
| | : | |

### DEFENDANTS, MARY CHRISTINA OBERG AND FORD, OBERG, MANION AND HOUCK, P.C.'S, THIRD REQUEST TO RESET DEADLINE TO FILE DISPOSITIVE MOTION

The Defendants, Mary Christina Oberg and Ford, Oberg, Manion and Houck, P.C., by and through the undersigned, respectfully submits its third request for an order of the court resetting the deadlines to file a dispositive motion and trial brief.  Specifically, the Defendants request that the court enter an order resetting the current deadline of August 16, 2010 and reestablish the deadlines after the currently scheduled telephone conference which is to occur on August 24, 2010.

On May 17, 2010, the undersigned Defendants filed their first Request to Reset Deadline to File Dispositive Motion.  The first request sought additional time to file a dispositive motion and trial brief in light of the fact that the Defendants had not yet received Attorney Eldrich's report.  On May 18, 2010, the court reset the deadline for filing Dispositive Motions to August 16, 2010.  In addition, the deadline to file a Trial Brief was reset to August 16, 2010 or thirty

1

**MORRISON MAHONEY LLP • COUNSELLORS AT LAW**
**ONE CONSTITUTION PLAZA • HARTFORD, CONNECTICUT 06103**
**(860) 616-4441 • JURIS NO. 404459**

(30) days after ruling on the Dispositive Motions.  On July 22, 2010, the undersigned filed a second Request to Reset the Deadline to file a Dispositive Motion and Trial Brief as the undersigned had not yet received Attorney Eldrich's report.  On July 26, 2010, Attorney Eldrich's report was filed with the court.  Thereafter, the court scheduled a telephone conference with the parties to occur on August 24, 2010.

The Defendants assert that additional time is needed in light of its receipt of Attorney Eldrich's report and the court's scheduling of a telephone conference on August 24, 2010, which is after the current deadline of August 16, 2010.  The Defendants request that the court reestablish the deadline to file a dispositive motion and trial brief at or after the August 24, 2010 telephone conference in order to allow the parties sufficient time to prepare the dispositive motions and/or trial brief.  The undersigned asserts that Plaintiff's Counsel consents to the filing of this request and does not object to the Court's resetting of the deadline.

WHEREFORE, the Defendants, Mary Christina Oberg and Ford, Oberg, Manion and Houck, P.C., respectfully request that the court enter an order resetting the deadline to file a dispositive motion and trial brief to sixty (60) days following the undersigned's receipt of

2

**MORRISON MAHONEY LLP • COUNSELLORS AT LAW**
**ONE CONSTITUTION PLAZA • HARTFORD, CONNECTICUT 06103**
**(860) 616-4441 • JURIS NO. 404459**

Attorney Eldrich's report.

        THE DEFENDANTS,
        MARY CHRISTINA OBERG AND
        FORD, OBERG, MANION AND HOUCK, P.C.

        /s/: Edward N. Storck III
        Robert Cassot  (CT24094)
        Stephen O. Clancy (CT27617)
        Edward N. Storck III (CT27312)
        MORRISON MAHONEY, LLP
        One Constitution Plaza, 10th Floor
        Hartford, CT 06106
        Phone:  (860) 616-4441
        Fax:  (860) 244-3800
        Her and Its Attorneys
        Email: rcassot@morrisonmahoney.com
              sclancy@morrisonmahoney.com
              estorck@morrisonmahoney.com

3

**MORRISON MAHONEY LLP • COUNSELLORS AT LAW**
**ONE CONSTITUTION PLAZA • HARTFORD, CONNECTICUT 06103**
**(860) 616-4441 • JURIS NO. 404459**

## CERTIFICATION

      I hereby certify that on August 9, 2010, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Joseph N. DeFilippo, Esq.
Tracey Lane Russo, Esq.
DeFilippo & Russo LLC
4 Research Drive, Suite 402
Shelton, CT  06484
**Counsel for Plaintiff, Gary Tatum**

 

                                        /s/: Edward N. Storck III
                                          Robert Cassot  (CT24094)
                                          Stephen O. Clancy (CT27617)
                                          Edward N. Storck III (CT27312)
                                          MORRISON MAHONEY, LLP
                                          One Constitution Plaza, 10th Floor
                                          Hartford, CT 06106
                                          Phone:  (860) 616-4441
                                          Fax:  (860) 244-3800
                                          Her and Its Attorneys
                                          Email: rcassot@morrisonmahoney.com
                                                   sclancy@morrisonmahoney.com
                                                   estorck@morrisonmahoney.com