UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GARY L. TATUM, Individually,<br>　　　　Plaintiff, | : MOTION FOR SUMMARY JUDGMENT<br>:<br>: |
| v. | :<br>: CASE NO.: 3:08CV1251 (JCH)<br>: |
| MARY CHRISTINA OBERG, In her<br>individual and professional capacity, and<br>FORD, OBERG, MANION and HOUCK,<br>PC.<br>　　　　Defendants | : SEPTEMBER 22, 2010<br>:<br>:<br>:<br>:<br>: |

## DEFENDANTS, MARY CHRISTINA OBERG AND FORD, OBERG, MANION AND HOUCK, P.C.'S, MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. Proc. Rule 56 (b), and D. Conn. L. Civ. Rule 56, the defendants, Mary Christina Oberg and the law firm of Ford, Oberg, Manion and Houck, P.C. (the "Defendants"), hereby move for summary judgment as to all counts of plaintiff, Gary L. Tatum's, Second Amended Complaint dated January 28, 2010. On January 20, 2010, the court appointed Sarah D. Eldrich, Esq. to provide her opinion as to whether there is a basis for the plaintiff's legal malpractice claim. On July 26, 2010, the court appointed expert filed her expert report finding that plaintiff has failed to provide evidence to show an actual injury and resultant damages sufficient to support his claim for legal malpractice.

**ORAL ARGUMENT REQUESTED**

1

MORRISON MAHONEY LLP • COUNSELLORS AT LAW
ONE CONSTITUTION PLAZA • HARTFORD, CONNECTICUT 06103
(860) 616-4441 • JURIS NO. 404459

The defendants now seek Summary Judgment as to all counts of the plaintiff's Second Amended Complaint dated January 28, 2010 on the basis that the plaintiff has failed to provide any evidence of actual injury and damages sufficient to sustain his legal malpractice claim. Further, the defendants refer to and rely on their Motion for Summary Judgment and supporting Memorandum of Law filed on September 15, 2009 to the extent that it relates to the plaintiff's existing legal malpractice claim. Additionally, the defendants move of summary judgment on the basis that the plaintiff has failed to provide any evidence of damages to support his claim for Breach of Contract.

A memorandum of law in support of this motion is attached hereto.

THE DEFENDANTS,
MARY CHRISTINA OBERG AND
FORD, OBERG, MANION AND HOUCK, P.C.

/s/: Edward N. Storck III
Robert Cassot (CT24094)
Stephen O. Clancy (CT27617)
Edward N. Storck III (CT27312)
MORRISON MAHONEY, LLP
One Constitution Plaza, 10th Floor
Hartford, CT 06106
Phone: (860) 616-4441
Fax: (860) 244-3800
Her and Its Attorneys
Email: rcassot@morrisonmahoney.com
sclancy@morrisonmahoney.com
estorck@morrisonmahoney.com

2

MORRISON MAHONEY LLP • COUNSELLORS AT LAW
ONE CONSTITUTION PLAZA • HARTFORD, CONNECTICUT 06103
(860) 616-4441 • JURIS NO. 404459

## CERTIFICATION

      I hereby certify that on September 22, 2010, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Joseph N. DeFilippo, Esq.
Tracey Lane Russo, Esq.
DeFilippo & Russo LLC
4 Research Drive, Suite 402
Shelton, CT 06484
**Counsel for Plaintiff, Gary Tatum**

                /s/:Edward N. Storck III
                    Robert Cassot (CT24094)
                    Stephen O. Clancy (CT27617)
                    Edward N. Storck III (CT27312)
                    MORRISON MAHONEY, LLP
                    One Constitution Plaza, 10th Floor
                    Hartford, CT 06106
                    Phone: (860) 616-4441
                    Fax: (860) 244-3800
                    Her and Its Attorneys
                    Email: rcassot@morrisonmahoney.com
                           sclancy@morrisonmahoney.com
                           estorck@morrisonmahoney.com