## UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GARY L. TATUM, Individually, | : | CASE NO.: 3:08CV1251 (JCH) |
|     Plaintiff, | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| MARY CHRISTINA OBERG, In her | : | SEPTEMBER 24, 2010 |
| individual and professional capacity, and | : | |
| FORD, OBERG, MANION and HOUCK, | : | |
| PC. | : | |
|     Defendants | : | |
| | : | |

### MOTION TO WITHDRAW APPEARANCE

The undersigned counsel hereby respectfully moves the Court to withdraw his appearance on behalf of the defendants, **MARY CHRISTINA OBERG and FORD, OBERG, MANION and HOUCK, P.C**. As grounds for the present motion, the undersigned represents that as of September 24, 2010, he will have left employment with Morrison Mahoney, LLP. Robert W. Cassot, Esq. and Edward N. Storck III, Esq. of Morrison Mahoney, LLP will continue to represent the defendants. Therefore, there will be no prejudice to the defendants. The client has been informed of the undersigned's decision to withdraw and there is no objection.

WHEREFORE, the undersigned respectfully requests that his motion be granted.

        THE DEFENDANTS,
        MARY CHRISTINA OBERG AND
        FORD, OBERG, MANION AND HOUCK, P.C.

        BY   /s/Stephen O. Clancy, Esq.
                Stephen O. Clancy, Esq.
                Fed. Bar. No. CT27617
                Morrison Mahoney LLP
                One Constitution Plaza, 10th Floor
                Hartford, CT 06103
                Telephone: (860) 616-4441
                Fax: (860) 244-3800

## CERTIFICATION

I hereby certify that on September 24, 2010, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Joseph N. DeFilippo, Esq.
Tracey Lane Russo, Esq.
DeFilippo & Russo LLC
4 Research Drive, Suite 402
Shelton, CT  06484
**Counsel for Plaintiff, Gary Tatum**

  /s/ Stephen O. Clancy, Esq.
Stephen O. Clancy, Esq.
Fed. Bar. No. CT27617
Morrison Mahoney LLP
One Constitution Plaza, 10th Floor
Hartford, CT 06103
Telephone: (860) 616-4441
Fax: (860) 244-3800