UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GARY L. TATUM, Individually,<br>  Plaintiff, | CASE NO.: 3:08CV1251 |
| V. | |
| MARY CHRISTINA OBERG, In her<br>Individual and professional capacity,<br>and FORD, OBERG, MANION and<br> HOUCK PC | FEBRUARY 14, 2011 |

## MOTION TO WITHDRAW APPEARANCE

The undersigned counsel hereby respectfully moves the Court to withdraw her appearance on behalf of the plaintiff, GARY L. TATUM. As grounds for the present motion, the undersigned represents that as of February 14, 2011, she left employment with DeFilippo & Russo, LLC. The law firm DeFilippo& Russo, LLC has dissolved. Joseph N. DeFilippo, Esq. will continue to represent the defendants. Therefore, there will be no prejudice to the defendants. The client has been informed of the undersigned's decision to withdraw and there is no objection.

WHEREFORE, the undersigned respectfully requests that her motion be granted.

1

PLAINTIFF
GARY L. TATUM


BY: ___/s/ Tracey Lane Russo, Esq._____
     Tracey Lane Russo, Esq.
     Tracey Lane Russo, LLC
     Fed. Bar No. CT19865
     - His Attorney –

## CERTIFICATION

I hereby certify that on February 14, 2011, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.:

Joseph N. DeFilippo, Esq.
4 Research Drive, Ste. 402
Shelton, CT 06484

Robert W. Cassot, Esq.
Morrison Mahoney, LLP
One Constitution Plaza, 10th Floor
Hartford, CT 06106

　　　　　　　　　　　　　　　　　　　　/s/ Tracey Lane Russo, Esq.
　　　　　　　　　　　　　　　　　　　　Tracey Lane Russo, Esq.

TRACEY LANE RUSSO, LLC • ATTORNEY AT LAW
657 ORANGE CENTER ROAD • ORANGE, CONNECTICUT 06477
(203)298-42891 • JURIS NO. 414851