UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GARY TATUM, Individually,<br>      Plaintiff,<br><br>v.<br><br>MARY CHRISTINA OBERG,<br>FORD, OBERG, MANION and<br>HOUCK, PC, C. MICHAEL BUDLONG,<br>BUDLONG & BARRETT, LLC, DONALD<br>J. HIEBEL,<br>      Defendants. | C.A. No. 3:08-CV-01251-JCH<br><br><br><br><br><br><br><br><br><br>FEBRAURY 21, 2011 |

## MOTION FOR CONTINUANCE OF HEARING ON MOTION FOR SUMMARY JUDGMENT SCHEDULED FOR FEBRUARY 24, 2011

The undersigned, on behalf of Plaintiff Gary Tatum, hereby moves this Court to continue the hearing on Motion for Summary Judgment scheduled for February 21, 2011, before the Honorable Judge Janet Hall. The reason for this request is that Counsel for the Plaintiff is unavailable for the date and time for this hearing. Counsel has corresponded with counsel for the defendants, and he has consented to said request. Both counsel are available March 16, 21 or 25, 2011 for this hearing.

    Dated at Shelton, Connecticut this 21st of February, 2011

                              PLAINTIFF
                              GARY TATUM

                              BY /s/ Joseph N. DeFilippo
                                  Joseph N. DeFilippo-Fed Bar. No. CT19761
                                  Email:  jdefilippo@defilipporusso.com

## **CERTIFICATION**

    I hereby certify that on February 21, 2011 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Joseph N. DeFilippo
Joseph N. DeFilippo

**DEFILIPPO & RUSSO LLC • ATTORNEYS AT LAW**
**4 RESEARCH DRIVE, SUITE 402 • SHELTON, CONNECTICUT 06484**
**203-242-3011 • JURIS NO. 425978**