UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GARY L. TATUM, Individually,<br>   Plaintiff, | : | CASE NO.:  3:08CV1251 (JCH) |
| | : | |
| | : | |
|   v. | : | |
| | : | |
| | : | |
| | : | |
| MARY CHRISTINA OBERG, In her<br>individual and professional capacity, and<br>FORD, OBERG, MANION and HOUCK,<br>PC.<br>   Defendants | : | March 30, 2011 |

### DEFENDANTS, MARY CHRISTINA OBERG AND FORD, OBERG, MANION AND HOUCK, P.C.'S, MOTION FOR ENLARGEMENT OF TIME FOR FILING TRIAL BRIEF

Pursuant to Local Rule of Civil Procedure 7(b) and Federal Rules of Civil Procedure 6(b), the defendants, Mary Christina Oberg and Ford, Oberg, Manion and Houck, PC, respectfully move the Court to grant her/it an extension of time of thirty (90) days, from the date the court rules on this motion within which to file a trial brief.  By order dated March 25, 2011, the court has currently set an April 22, 2011 deadline for filing the defendants' trial brief.  In light of the court's March 25, 2011 ruling on the defendants Motion for Summary Judgment, an enlargement of time will be necessary to allow the defendants sufficient time to take the deposition of the court appointed expert Sarah D. Eldrich, Esq.

The plaintiff consents to and joins in this motion for an extension of time as the enlargement of time will also be necessary to allow the plaintiff sufficient time to take the deposition of Dr. Kathleen Murphy, the plaintiff's ex-wife, in light of the court's ruling on the

1

defendants' Motion for Summary Judgment.  This is the first Motion for Enlargement of Time filed by the defendants with respect to this time limitation.

    WHEREFORE, the Defendants respectfully request that the court grant their Motion for Enlargement of Time.

        THE DEFENDANTS,
        MARY CHRISTINA OBERG AND
        FORD, OBERG, MANION AND HOUCK, P.C.

        /s/: Edward N. Storck III
        Robert Cassot  (CT24094)
        Edward N. Storck III (CT27312)
        MORRISON MAHONEY, LLP
        One Constitution Plaza, 10th Floor
        Hartford, CT 06106
        Phone:  (860) 616-4441
        Fax:  (860) 244-3800
        Her and Its Attorneys
        Email: rcassot@morrisonmahoney.com
             estorck@morrisonmahoney.com

2

**MORRISON MAHONEY LLP • COUNSELLORS AT LAW**
**ONE CONSTITUTION PLAZA • HARTFORD, CONNECTICUT 06103**
**(860) 616-4441**

## CERTIFICATION

I hereby certify that on March 30, 2011, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

        /s/: Edward N. Storck III
        Robert Cassot  (CT24094)
        Edward N. Storck III (CT27312)
        MORRISON MAHONEY, LLP
        One Constitution Plaza, 10th Floor
        Hartford, CT 06106
        Phone:  (860) 616-4441
        Fax:  (860) 244-3800
        Her and Its Attorneys
        Email: rcassot@morrisonmahoney.com
                estorck@morrisonmahoney.com