UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**CIVIL**
**Call of the Calendar**

Honorable Janet C. Hall, U. S. D. J.
915 Lafayette Boulevard
Bridgeport
Courtroom #2, 4th Floor

**NOTICE TO COUNSEL**

ALL DISCOVERY AND DISPOSITIVE MOTION DEADLINES HAVING ELAPSED, THE
CASE LISTED BELOW HAS BEEN PLACED BY THE COURT ON ITS NEXT CIVIL
CALL OF THE CALENDAR, ON THE DATE REFERRED TO IN THE DOCKET.  THIS
IS NOT JURY SELECTION.

TRIAL COUNSEL MUST BE PREPARED TO ADVISE THE COURT OF THE
FOLLOWING:

1.     Date of Unavailability for Trial (Vacation, Witness/party Unavailable/other
       Firm Trial Commitments, Etc.)

2.     Realistic Length of Trial

3.     Status of Settlement Negotiations (And Time Needed to Conclude).

NO REQUESTS FOR A CONTINUANCE OF THE CIVIL CALL OF THE CALENDAR
RECEIVED LESS THAN 3 CALENDAR DAYS BEFORE THE CALL WILL BE
CONSIDERED BY THE COURT.  FAILURE TO COMPLY WITH THESE
INSTRUCTIONS OR TO APPEAR MAY RESULT IN THE IMPOSITION OF
SANCTIONS, INCLUDING DEFAULT OR DISMISSAL.

PLEASE CONTACT BERNADETTE DeRUBEIS AT 579-5554 WITH ANY INQUIRIES
RELATED TO THIS CIVIL CALL OF THE CALENDAR.

CALENDAR CALL FOR ALL CASES WILL START PROMPTLY ON TIME.