```
                                               HONORABLE _____
                              DEPUTY CLERK _____ RPTR/ECRO/TAPE _____
TOTAL TIME: ___ hours ___ minutes
                    DATE _____        START TIME _____   END TIME _____
                              LUNCH RECESS FROM _____ TO _____
                         RECESS FROM _____ TO _____ (if more than 1/2 hour)
========================================
                              CIVIL NO. _____
                                        §
                                        §                          _____
                                        §                          Plaintiffs Counsel
        vs.                             §
                                        §                          _____
                                        §                          Defendants Counsel
========================================
```

## CIVIL JURY SELECTION/CALENDAR CALL

☐ ........  ☐ Call of the Calendar held    ☐ Call of the Calendar over to _____

☐ ........  ☐ Jury Selection held          ☐ Jury Selection continued until _____

☐ ..... # ___  Motion _____ ☐ granted ☐ denied ☐ advisement

☐ ..... # ___  Motion _____ ☐ granted ☐ denied ☐ advisement

☐ ..... # ___  Motion _____ ☐ granted ☐ denied ☐ advisement

☐ ..... # ___  Motion _____ ☐ granted ☐ denied ☐ advisement

☐ ........  _____ ☐ filed ☐ docketed

☐ ........  _____ ☐ filed ☐ docketed

☐ ........  _____ ☐ filed ☐ docketed

☐ ........  _____ ☐ filed ☐ docketed

☐ ........  _____ # jurors present

☐ ........  Voir Dire oath administered by Clerk ☐ previously administered by Clerk

☐ ........  Voir Dire by Court

☐ ........  Peremptory challenges exercised

☐ ........  Jury of _____ drawn (See attached) ☐ and sworn ☐ Jury Trial commences

☐ ........  Remaining jurors excused

☐ ........  Discovery deadline set for _____

☐ ........  Disposition Motions due _____

☐ ........  Joint trial memorandum due _____

☐ ........  Trial continued until _____ at _____

☐ ........  COPY TO: JURY CLERK with juror lists