FILED

2011 AUG -4 A 9:58

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(AT BRIDGEPORT)

Plaintiff, GARY L. TATUM )
)
v. )
) Civil Action No. 3:08-cv-01251 (JCH)
Defendants )
MARY CHRISTINA OBERG, )
FORD, OBERG, MANION and HOUCK, PC., )
)
) August 3, 2011
)

## NOTICE OF APPEARANCE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Please enter my pro se appearance in this case for the Plaintiff:

GARY L. TATUM

Dated at Round Rock, Texas, this 3rd day of August, 2011,

PLAINTIFF, PRO SE

_____
Gary L. Tatum
P.O. Box 3000-70
Georgetown, TX 78627
Phone: (512) 879-6522

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2011, a copy of the foregoing was sent by regular mail to each of the following parties:

Robert Cassot, Esq.

Edward N. Storck, III

James L. Brawley, Esq.
Morrison Mahoney, LLP
One Constitution Plaza, 10th Floor
Hartford, CT 06106
For Defendants, Mary Christina Oberg, and
   Ford, Oberg, Manion and Houck, P.C.

PLAINTIFF, PRO SE

_____
Gary L. Tatum
P.O. Box 3000-70
Georgetown, TX 78627
Phone: (512) 879-6522