UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
-----------------------------------------------------x
                                                     :
        Tatum                                        :
                                                     :
        vs.                                          :Civil  No.  3:08 cv 1251  (JCH)
                                                     :
        Oberg et al                                  :
                                                     :
-----------------------------------------------------x
```

## ORDER RETURNING SUBMISSION

The Clerk has received your **Prose Notice of Appearance, Objection to Motion to Dismiss and Second Motion for Appointment of Counel** however, it is deficient in the area(s) checked below:

(NOTE:  L.R. refers to the Local Rules, District of Connecticut)

1. _ L.R.5(c)         _ No certificate of service attached to pleading
                      _ Certificate of service fails to list names and addresses of all parties served
                      _ Certificate of service is not signed

2. _ L.R. CV 5(e)     _ Failure to submit document under seal
                      _ Sealing envelope not provided
                      _ Sealing envelope does not contain case information
                      _ Sealing envelope does not contain description of sealed document/motion

3. _ L.R.10           _ Failure to sign pleading (original signature)
                      _ Failure to double space
                      _ Margin is not free of printed matter
                      _ Left hand margin is not one inch;
                      _ Judge's initials do not appear after the case number
                      _ Docket number is missing
                      _ Failure to supply federal bar number

4. _ L.R. CR 57(b)5   _ Failure to submit document under seal
                      _ Sealing envelope not provided
                      _ Sealing envelope does not contain case information
                      _ Sealing envelope does not contain description of sealed document/motion

5. _ L.R.83.1(d)      Motion to admit pro hac vice must be made by local counsel or member of the bar of this Court

**6.  ✔  Other          Plaintiff is represented by an attorney.**

The Clerk is hereby Ordered to return the above pleading and to notify counsel of such action.


Date:   8-5-2011                              /s/ Janet C.  Hall
                                        United States District Judge


(TMO)