UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|                                        |   |                           |
|----------------------------------------|---|---------------------------|
| GARY L. TATUM                          | : |                           |
|                                        | : |                           |
|                                        | : |                           |
| V.                                     | : | CIV. NO.  3:08CV1251(JCH) |
|                                        | : |                           |
| MARY CHRISTINA OBERG,                  | : |                           |
| FORD, OBERG, MANION & HOUCK, P.C.      | : |                           |
|                                        | : |                           |

**ORDER**

Following a telephone status conference held on September 21, 2011 with Plaintiff, Gary

Tatum, appearing *pro se*,  and Defendants' counsel Attorney Storck and Attorney Cassot, it is

hereby ordered that:

Plaintiff will resubmit his pro se appearance and response to the Order to Show Cause by

September 30, 2011.

Plaintiff shall report back to Court on September 28, 2011 via telephone or e-mail, with

the inclusion of Defendants' counsel, regarding his progress in obtaining alternate legal

representation.

On or before Monday October 3, 2011, new counsel shall appear on plaintiff's behalf, or

the case will proceed with plaintiff representing himself.

The deadline to submit the pre-trial memorandum is stayed until further Order of this

Court.

Any failure to comply with this Order may result in dismissal of this case.

ENTERED at Bridgeport, this 21st day of September 2011.

_____/s/_____
Holly B. Fitzsimmons
United States Magistrate Judge