# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | |
|---|---|
| **Gary L. Tatum** | ) |
| *Plaintiff* | ) |
| v. | ) Case No.  3:08-cv-01251 JCH |
| **Mary Christina Oberg, et al.** | ) |
| *Defendant* | ) |

## NOTICE OF APPEARANCE

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

**Gary L. Tatum FOR SETTLEMENT PURPOSES ONLY**

Date:   11/1/2011

*Attorney's signature*

John F. Wynne, Jr. (ct17441)
*Printed name and bar number*

685 State Street
New Haven, CT  06511
*Address*

jwynne@buckleywynne.com
*E-mail address*

203-776-2278
*Telephone number*

203-776-3368
*FAX number*

*Rev. 5/4/2011*

## CERTIFICATE OF SERVICE

I hereby certify that on   Nov 01, 2011   , a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to [Below list the names and addresses of anyone unable to accept electronic filing] as indicate on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                               _____
                               *Attorney's signature*

**Joseph DeFilippo**
4 Research Drive, Suite 402
Shelton, CT  06484

**Tracey Lane Russo**
657 Orange Center Road
Orange, CT  06477

**Edward N. Storck, III**
**James L. Brawley**
**Kristine Roderick Jones**
**Robert W. Cassot**
**Morrison, Mahoney LLP**
**One Constitution Plaza**
Hartford, CT  06103

**C. Michael Budlong**
**Jon T. Kukucka**
**Budlong & Barrett**
**93 Oak Street**
Hartford, CT 06106

**Canera L. Pagano**
**Stephen P. Borwn**
**Wilson, Elser, Moskowitz Edelman & Dicker**
**1010 Washington Boulevard**
Stamford, CT  06901