## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | |
|---|---|
| GARY L. TATUM,                )<br>                         Plaintiff, )<br>                                              )<br>v.                                         )<br>                                              )<br>MARY CHRISTINA OBERG, FORD, )<br>OBERG, MANION AND HOUCK, P.C., )<br>C. MICHAEL BUDLONG, BUDLONG & )<br>BARRETT, LLC and DONALD J. HIEBEL, )<br>                         Defendants.   ) | CIVIL ACTION NUMBER:<br><br>3:08-cv-1251(JCH)<br><br><br>JULY 17, 2012 |

## **NOTICE OF APPEARANCE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel in this case for the defendants, **MARY CHRISTINA OBERG** and **FORD, OBERG, MANION AND HOUCK, P.C.**

        THE DEFENDANTS,
        MARY CHRISTINA OBERG and
        FORD, OBERG, MANION AND HOUCK, P.C.

        By:    /s/ Alexandrea L. Isaac
            Alexandrea L. Isaac
            Federal Juris No. ct27502
            **MORRISON MAHONEY LLP**
            One Constitution Plaza, 10th Floor
            Hartford, CT 06103
            Tel.: (860) 616-4441
            Fax: (860) 541-4888
            aisaac@morrisonmahoney.com

1125081v1

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically on this 17th day of July, 2012 and was served by mail to anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable accept electronic filing. Parties may access this filing through the Court's system.

By:     /s/ Alexandrea L. Isaac
        Alexandrea L. Isaac

MORRISON MAHONEY LLP • COUNSELLORS AT LAW
ONE CONSTITUTION PLAZA • HARTFORD, CONNECTICUT 06103
(860) 616-4441 • JURIS NO. 404459

1125081v1