UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GARY L. TATUM | : | |
|    Plaintiff, | : | CIVIL ACTION NO. |
| | : | 3:08-CV-1251 (JCH) |
| v. | : | |
| | : | |
| MARY CHRISTINA OBERG, ET AL., | : | OCTOBER 12, 2012 |
|    Defendants. | : | |

**RULING RE: RECOMMENDED RULING (Doc. No. 218) on DEFENDANTS' MOTION TO ENFORCE SETTLEMENT AGREEMENT (Doc. No. 214)**

The court will not repeat the facts relevant in this matter: this was ably done by the Magistrate Judge. The plaintiff filed an Objection to the plaintiff's Motion (See Objection Doc. No. 219). The plaintiff also filed an Objection to the Recommended Ruling. (See Doc. No. 221).

The Recommended Ruling accurately sets forth the law of settlements. It is absolutely clear that an enforceable, settlement contract was reached on the record before the Magistrate Judge on November 29, 2011. Plaintiff was canvassed and represented by an attorney.

The court affirms, adopts, and ratifies the Magistrate Judges' Recommended Ruling, except as follows:

- The defendants will provide, within 7 days of this Ruling, to plaintiff and his appointed counsel, the information needed for them to do the structured settlement (See Transcript of 11/29/2011 at Page 2, Line 24 through Page 3, Line 4). Plaintiff will provide that information to the defendant within 14 days of this Ruling.

1

- If Plaintiff does so, the structured settlement shall be in place within 28 days of this Ruling and the $2,500 check shall be sent to defendant by certified mail, return receipt requested.

- If plaintiff does not provide the necessary information identified by the defendants, then the defendants shall send a check, within 21 days of this Ruling, to plaintiff in the amount of $25,000 by certified mail, return receipt requested.

**SO ORDERED**.

Dated this 12th day of October, 2012 at New Haven, Connecticut.

/s/ Janet C. Hall
Janet C. Hall
United States District Judge